UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Peter G. Sheridan |
| v. | : | Crim No. 11-328 |
| JUNIOR ANDRES FRANCISCO | : | <u>ORDER FOR CONTINUANCE</u> |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Brooke E. Carey, Assistant U.S. Attorney), and defendant Junior Andres Francisco (by John D. Caruso, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter; and the defendant being aware that he has the right under 18 U.S.C. § 3161(c) to have a trial commence within seventy (70) days from the date the defendant appeared before the Court; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Taking into account the exercise of diligence, the facts of this case require that defense counsel be permitted a reasonable amount of additional time for effective preparation in this matter;

2. Defense counsel and the defendant having agreed to a continuance in this matter;

3. Failure to grant such a continuance would be likely to make the continuation of the proceeding impossible and would be likely to result in a miscarriage of justice; and

4. That the ends of justice served by a continuance of the trial date in this matter until ~~November~~ *September* 15, 2011 outweigh the interest of the public and the defendants in a speedy trial.

IT IS, therefore, on this ___15___ day of June, 2011,

ORDERED that the trial date in this matter is continued until ~~November~~ *September* 15, 2011, and that the period of time from June 1, 2011 until ~~November~~ *September* 15, 2011 shall be excluded for the purposes of computing time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7).

_____
HON. PETER G. SHERIDAN
United States District Judge

Form and entry
consented to:

_____
Brooke E. Carey
Assistant U.S. Attorney

_____
John D. Caruso, Esq.
Counsel for defendant Junior Andres Francisco